No. 01–11016.  DEVILLASEE *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 01–11017.  BLANEY *v.* CITY OF VIRGINIA BEACH ET AL. C. A. 4th Cir.  Certiorari denied.

No. 01–11018.  TAYLOR *v.* CALIFORNIA.  Ct. App. Cal., 6th App. Dist.  Certiorari denied.

No. 01–11019.  WILKES *v.* COCKRELL, DIRECTOR, TEXAS DE- PARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 01–11020.  YOUNGER *v.* COCKRELL, DIRECTOR, TEXAS DE- PARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 01–11021.  LORENZO-HERNANDEZ *v.* UNITED STATES. C. A. 1st Cir.  Certiorari denied.

No. 01–11022.  HARDY *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 01–11023.  BRAVO *v.* KUYKENDALL, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 01–11024.  BAILEY *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 01–11025.  MOODY *v.* NORTH CAROLINA.  Gen. Ct. Justice, Super. Ct. Div., Davidson County, N. C.  Certiorari denied.

No. 01–11026.  WITHERSPOON *v.* OKLAHOMA.  C. A. 10th Cir. Certiorari denied.

No. 01–11027.  MACK *v.* ARTUZ, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL CENTER.  C. A. 2d Cir.  Certiorari de- nied.

No. 01–11028.  MARSTON *v.* WHITE, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 01–11032.  DODD *v.* UNITED STATES.  C. A. 11th Cir.  Cer- tiorari denied.